1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ALFREDO MORENO,                    )        1:05-CV-1388 AWI DLB P
                                        )
12           Plaintiff,                  )        ORDER GRANTING EXTENSION OF
                                        )        TIME
13       v.                              )        (DOCUMENT #14)
                                        )
14   BREWER, et al.,                     )
                                        )
15           Defendants.                 )
                                        )
16   _____)

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   October 16, 2006, plaintiff filed a motion to extend time to file an amended complaint.  Good cause

19   having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY

20   ORDERED that:

21          Plaintiff is granted thirty days from the date of service of this order in which to file an amended

22   complaint.

23          IT IS SO ORDERED.

24      **Dated:    November 13, 2006**              _____ **/s/ Dennis L. Beck** _____
        3c0hj8                                       UNITED STATES MAGISTRATE JUDGE
25

26

27

28